Michael T. MASUOKA, Plaintiff—
Appellant,

v.

G.W. MURPHY CONSTRUCTION COMPANY, INCORPORATED, Employer; Argonaut Insurance Company, Inc., Insurance Carrier; John and Jane Does, Entities; Does Corporation, Entities; Does Partnership, Entities; John and Jane Does; Governmental Entities, Defendants—Appellees.

Michael T. Masuoka, Plaintiff—
Appellant,

v.

G.W. Murphy Construction Company, Incorporated, Defendant—
Appellee,

and

Argonaut Insurance Company, Inc.; Kenneth T. Goya, Insurance Agent, Defendants.

Nos. 04–1041, 04–1568.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 17, 2004.

Decided Dec. 3, 2004.

Michael T. Masuoka, Appellant pro se. Mark David Crawford, Friedlander, Misler, Sloan, Kletzkin & Ochsman, PLLC, Washington, D.C., for Appellees.

Before MICHAEL and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

In these consolidated appeals, Michael T. Masuoka appeals the district court's orders denying his various post-judgment motions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Masuoka v. G.W. Murphy Constr. Co.*, Nos. CA–02–1671; CA–00–829 (E.D. Va. Dec. 2, 2003; filed Dec. 4 & entered Dec. 5, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*